MARY ALICE DAVIS, as Executrix, etc., of SARAH F. LEBLANC, Deceased, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Certain Controversies between WILLIAM G. MACFALL, Appellant, against DAVID H. LITTER and JAC. M. LOVELL, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent David H. Litter. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LENA WHITMAN, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant. (ESTHER ZELTZER, Respondent.) — Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. Settle order on notice.

## (March 11, 1938.)

SUBURBAN BROKERAGE CORPORATION, Respondent, v. RUSSELL & STOLL COMPANY, Appellant.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of JESSE L. CASMINSKI, JR., an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ALEXANDER S. NURICK, an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of THOMAS D. OSBOURNE (Admitted as THOMAS DENMAN OSBOURNE), an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: DONALD F. TRIPP, Judgment Creditor, Respondent, v. PAUL S. VAN BAARN, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## (March 12, 1938.)

In the Matter of the Application of FREDERICK GRONHOLZ, Relative to an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## (March 14, 1938.)

In the Matter of ABRAHAM ZIPKIN, an Attorney.— Motion withdrawn. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.